**Order entered January 10, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00902-CV

### REV. RYAN "SASHA" GALLAGHER, Appellant

### V.

### TEXAS ATTORNEY GENERAL (KEN PAXTON), TEXAS DEPARTMENT OF PUBLIC SAFETY, WAYNE A. MUELLER, Appellees

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-02400**

## ORDER

The reporter's record in this case is overdue. By postcard dated September 24, 2019, we notified the official court reporter for the 162nd Judicial District Court that the reporter's record was overdue. We directed the court reporter to file the record within thirty days. To date, we have not received any response.

Accordingly, we **ORDER** Court Reporter Sheretta L. Martin to file, within **FIFTEEN DAYS** of the date of this order, either (1) the reporter's record; (2) written verification that no hearings were recorded; or (3) written verification that appellant has not requested or made payment arrangements for the record and has not been found entitled to proceed without payment of costs. *We notify appellant that if we receive verification he has not requested, paid for, or*

*made arrangements to pay for the reporter's record and has not been found entitled to proceed*

*without payment of costs, we will order the appeal submitted without the reporter's record. See*

TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk to send copies of this order to:

Honorable Maricela Moore
Presiding Judge
162nd Judicial District Court

Sheretta L. Martin
Official Court Reporter
162nd Judicial District Court

All parties

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE